# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH STEPHENS,<br><br>      Plaintiff,<br><br>    v.<br><br>BRETT WARD,<br><br>      Defendant. | Case No. 1:26-cv-03286-SAB<br><br>ORDER REQUIRING PLAINTIFF TO REFILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF Nos. 2, 4)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) From that application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.)

Plaintiff has timely complied, and the Court now reviews the long form application. (ECF No. 4.) Upon review, the Court remains unable to determine from the information provided in the application whether Plaintiff qualifies to proceed in this action without prepayment of fees. Specifically, in response to Question 8, Plaintiff reports combined monthly expenses of $950 in motor vehicle insurance as well as $950 in motor vehicle installment payments. (Id. at p. 3.) It is unclear to the Court whether these monthly expenses may have been entered in error or whether they reflect separate obligations. Additionally, in response to Question 5, Plaintiff lists two cars as assets owned. (Id. at p. 4.) The Court is unable to discern

whether these vehicles are owned, or whether they correspond to the reported installment payments.  Lastly, Plaintiff reports a combined monthly expense of $4,500 in taxes but does not specify the source or nature of these obligations.  (Id. at p. 3.)  As presented, the total reported monthly expenses appear to significantly exceed Plaintiff's combined monthly income.  Plaintiff provides no explanation reconciling these figures, other than the statement that "At this time my finances are very thin."  (Id. at p. 2.)

In light of these ambiguities, the Court is unable to determine whether Plaintiff is entitled to proceed in this action without prepayment of fees.  Therefore, Plaintiff is afforded one final opportunity to submit a fully completed long form application containing detailed and clarifying information regarding his monthly expenses and finances.  If Plaintiff is unwilling to complete and resubmit the long form application, he must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2.    Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) refile an application to proceed *in forma pauperis* without prepayment of the fee; and

3.    If Plaintiff fails to comply with this order, the undersigned will recommend this action be dismissed.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge