# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEREMIAH STEPHENS,

Plaintiff,

v.

BRETT WARD,

Defendant.

Case No. 1:26-cv-03286-SAB

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

(ECF Nos. 2, 4, 6)

Plaintiff filed a complaint on April 29, 2026, alleging claims under 42 U.S.C. § 1983. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) From the previous applications, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.) Plaintiff has timely complied (ECF No. 6), and the Court is able to conduct its analysis.

The Court finds that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4, 6) is GRANTED; and

2. **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated: **July 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge